ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 11 2007

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MICHAEL ANTHONY DAVIS, 872268,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:07-CV-572-B** |
| | ) | **ECF** |
| **MARK NANCARROW,** | ) | |
| **Defendant.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _11th_ day of _Oct_ , 2007.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE